AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

JOHN RUSH,

      Plaintiff,      JUDGMENT IN A CIVIL CASE
  V.

                          CASE NUMBER:  **3:11-CV-00663-ECR-WGC**

R. MOODY,

      Defendant.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** this action is **DISMISSED** without prejudice to plaintiff's commencement of a <u>new</u> action in which he either pays the filing fee in full or submits a complete application to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account.

  September 29, 2011                                **LANCE S. WILSON**
                                                                                  Clerk

                                                                                  /s/ D. R. Morgan
                                                                                    Deputy Clerk